FEBRUARY 19, 1940

No. 4740.— *Iguchi* v. *United States.* Entered at Providence, R. I. Reap. Dec. 4698. Motion by defendant.

FEBRUARY 23, 1940

No. 4741.—.—*United States* v. *Montgomery Ward & Co., Inc.* Entered at Albany, N. Y. Reap. Dec. 4714. Motion by plaintiff.